UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ACKNOWLEDGED. Case is dismissed with prejudice.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 3/03/2025

| | |
|---|---|
| KROGER LIMITED PARTNERSHIP I, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:23-cv-2147-RLY-MG |
| ) | |
| v. ) | |
| ) | |
| THE INSURANCE COMPANY OF ) | |
| THE STATE OF PENNSYLVANIA, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Kroger Limited Partnership I, and Defendant, The Insurance Company of the State of Pennsylvania, jointly stipulate that the above-captioned matter be dismissed, with prejudice, pursuant to Fed. Rule Civ. P. 41(a)(1)(A)(ii), all matters in this lawsuit having been fully compromised and settled by the parties. The parties further stipulate that each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

By **/s/ Donald B. Kite, Sr**
Donald B. Kite, Sr., #11601-41
ATTORNEY AT LAW
8082 Stafford Lane
Indianapolis, IN 46260
Attorneys for Plaintiff
Kroger Limited Partnership I

By **/s/ Phillip K. Beth**
Phillip K. Beth, #20789-64
HINKHOUSE WILLIAMS WALSH LLP
180 N. Stetson Ave., Suite 3400
Chicago, IL 60601
Attorneys for Defendant
The Insurance Company of the
State of Pennsylvania